## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

**3:09-md-02100-DRH**

**MDL No. 2100**

**This Document Relates To:**

| | |
|---|---|
| *Alesia N. Daniels v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11716-DRH |
| *Jocelyn B. Doby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.    10-cv-13712-DRH |
| *Mary Katherine Jones, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.    11-cv-12300-DRH |
| *Rachel Talbot v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13549-DRH |
| *Luciana Zeigler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10897-DRH |
| *Connie Holder v. Bayer Corporation, et al.* | No. 11-cv-11074-DRH |
| *Kathryn Ocampo v. Bayer Corporation, et al.* | No. 11-cv-11809-DRH |
| *Amanda Bodkins, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10757-DRH |
| *Kimela Marcum v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11663-DRH |
| *Sharon Anne Fox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13315-DRH |
| *Mary Katherine Newcomb v.. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10844-DRH |

*Lekecia C. Milam v. Bayer Corporation, et al.*    No. 10-cv-20245-DRH

*Deborah Williams, et al. v. Bayer HealthCare*    No. 10-cv-20027-DRH
*Pharmaceuticals Inc., et al.*

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 21, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,
CLERK OF COURT**

**BY:   /s/*Sara Jennings*
Deputy Clerk**

Dated:  October 29, 2013

David R.
Herndon
2013.10.29
13:06:49 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT